

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 8, 2020

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Stewart Barnwell et al.*, 20 Cr. 445

Dear Judge McCarthy:

    The Indictment in the above-referenced case was originally filed under seal. On September 8, 2020, one of the defendants, Stewart Barnwell, was arrested. As a result, the Government respectfully requests that the Court unseal the Indictment.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    /s/ Derek Wikstrom
    Derek Wikstrom / Lindsey Keenan
    Assistant United States Attorneys
    Tel:  (914) 993-1946 / 1907

SO ORDERED:

*Judith C. McCarthy*    9-8-2020
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE