UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Stewart Barnwell

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 cr 445

Defendant __Stewart Barnwell__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

/s/ Stewart Barnwell by JCM  with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

Print Defendant's Name  Stewart Barnwell

Print Counsel's Name  Stephen R. Lewis

This proceeding was conducted by reliable video or telephone conferencing technology.

9/8/2020
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge