UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                          **SCHEDULING ORDER**

     -against-                                       19 Cr. 445 (KMK)

STEWART BARNWELL,

                        Defendant.
--------------------------------------------------------X

TO ALL PARTIES:

        The Court has scheduled a Bail Hearing for October 30, 2020 at 9:00 a.m. before Magistrate Judge Judith C. McCarthy using the CourtCall platform. Defense counsel will be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins (i.e., at 8:45 a.m.).

        Due to the limited capacity of the CourtCall system, only one counsel per party may participate. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 855-268-7844 and using access code 32091812# and PIN 9921299#.

        In advance of the conference, Chambers will email the parties with further information on how to access the conference. Those participating by video will be provided a link to be pasted into their browser. The link is non-transferrable and can be used by only one person; further, it should be used only at the time of the conference because using it earlier could result in disruptions to other proceedings.

        To optimize use of the CourtCall technology, all those participating by video should:

1. Use the most recent version of Firefox, Chrome, or Safari as the web browser. Do not use Internet Explorer.

2. Use hard-wired internet or WiFi. If using WiFi, the device should be positioned as close to the Wi-Fi router as possible to ensure a strong signal. (Weak signals may cause delays or dropped feeds.)

3. Minimize the number of others using the same WiFi router during the conference.

Further, all participants must identify themselves every time they speak and take care not to interrupt or speak over one another. Finally, persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. See Local Civil Rule 1.8. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court

If CourtCall does not work well enough and the Court decides to transition to its teleconference line, counsel should call 877-873-8017 and use access code 4264138#. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Counsel should be sure to consult the Court's Emergency Individual Rules and Practices, available on the Court's website, and comply with the rules regarding conferences.

Dated: October 22, 2020
      White Plains, New York

                                      SO ORDERED:

                                      *Judith C. McCarthy*
                                      JUDITH C. McCARTHY
                                      United States Magistrate Judge