UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                                **REVISED SCHEDULING ORDER**

    -against-

STEWART BARNWELL,                                                20 Cr. 445 (KMK)

                        Defendant.
--------------------------------------------------------X

        The Bail Hearing scheduled for October 30, 2020 at 9:00 a.m. before Magistrate Judge Judith C. McCarthy will be held via Skype and AT&T Teleconferencing. To access the conference, counsel should call 877-873-8017 and use access code 4264138. Counsel will also be provided with a link to connect to the conference via video.

        Members of the press and public may call the same number, but will not be permitted to speak during the conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. See Local Civil Rule 1.8. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

        Counsel should be sure to consult the Court's Emergency Individual Rules and Practices, available on the Court's website, and comply with the rules regarding conferences.

Dated: October 28, 2020
       White Plains, New York

                                                            SO ORDERED:

                                                            _____
                                                            JUDITH C. McCARTHY
                                                            United States Magistrate Judge