UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

STEWART BARNWELL,

                                       Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-445

Defendant STEWART BARNWELL hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ Stewart Barnwell by JCM on consent
_____
**Defendant's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Stewart Barnwell**
Print Defendant's Name

_____
**Defendant's Counsel's Signature**

**Stephen R. Lewis, Esq.**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/30/2020
_____
Date

_Judith C. McCarthy_
_____
U.S. District Judge/U.S. Magistrate Judge