UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

STEWART BARNWELL,

                      Defendant.

------------------------------------------------------------X

**MEMORANDUM**

20 Cr. 445 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the June 1, 2022, plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated:  September 26-, 2022
         White Plains, New York

                                         Respectfully submitted,

                                         _____
                                         ANDREW E. KRAUSE
                                         United States Magistrate Judge

September 26, 2022

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

                                        **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge