UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-                                                                ORDER

                                                                Docket No. 20 CR 00445 (KMK)

Stewart Barnwell,

            Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

    John S. Wallenstein, Esq., is to assume representation of the defendant in the above captioned matter as of August 1, 2025. Mr. Wallenstein is appointed pursuant to the Criminal Justice Act. His address is Law Offices of John S. Wallenstein, 1100 Franklin Avenue, Suite 305, Garden City, NY 11530, phone number (516) 742-5600.

Email: JSWallensteinEsq@outlook.com

                                                   SO ORDERED

                                                   KENNETH M. KARAS
                                                 UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
          August 1, 2025